THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LOUIS FEINBAUM, Appellant.

Argued April 29, 1937; decided May 25, 1937.

*Eli Kriger* for appellant.

*William Copeland Dodge, District Attorney (LeRoy Mandle* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.